# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

DEAN L. HARPER,                                 )          Case No. CV 07-3420-JWJ
                Plaintiff,          )                  JUDGMENT
       vs.                                  )
MICHAEL J. ASTRUE,                        )
Commissioner of the Social              )
Security Administration,                    )
            Defendant.          )
_____ )

      **IT IS ADJUDGED** that the decision of the Administrative Law Judge is **AFFIRMED**.

DATED:  December 16, 2008

                                          _____
                                              /s/
                                  JEFFREY W. JOHNSON
                              United States Magistrate Judge